FILED

01/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0420

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court No. DA 20-0420

IN RE THE MARRIAGE OF:

DEBRA L. WADE,                                   **ORDER DISMISSING
                                                 APPEAL**

      Petitioner and Appellant,

  and

KENNETH D. ACORD,

      Respondent and Appellee.

_____

    Upon motion by Appellant, Debra L. Wade, to dismiss her appeal voluntarily

pursuant to M.R.App.P. 16(4), as fully settled,

    IT IS ORDERED that this appeal is hereby DISMISSED.

    A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 4 2021